UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINEBLUE INTERNATIONALE FILMPRODUKTIONSGESELLSHAFT mbH & CO 1. BETEILGUNGS KG, a German limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>LAKESHORE ENTERTAINMENT GROUP, LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. CV 09-02728 RZ<br><br>ORDER TO SHOW CAUSE RE LACK OF SUBJECT MATTER JURISDICTION |

Federal courts are courts of limited jurisdiction. Unless a grant of jurisdiction over a particular case affirmatively appears, federal courts are presumed to lack jurisdiction. *National Treasury Employees Union v. Federal Labor Relations Authority*, 112 F.3d 402, 403 (9th Cir. 1997), *citing General Atomic Co. v. United Nuclear Corp.*, 655 F.2d 968, 968-69 (9th Cir. 1981). The Complaint in this action grounds federal jurisdiction on the basis of diversity of citizenship. Plaintiff is alleged to be a limited partnership, and defendant is alleged to be a limited liability company. A partnership has the citizenship of all of its members. *Carden v. Arkoma Associates*, 494 U.S. 185, 195-96, 110 S. Ct. 1015, 108 L. Ed. 2d 157 (1990). Similarly, a limited liability company is a citizen of every

state of which its owners or members are citizens. *Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006).

The complaint here does not contain allegations of fact concerning the citizenship of the members of either Plaintiff or Defendant. Accordingly, federal jurisdiction does not affirmatively appear.

Accordingly, Plaintiff shall show cause in writing, not later than May 6, 2009, why the action should not be dismissed for lack of federal jurisdiction. It may be that Plaintiff can properly aver facts sufficient to establish federal jurisdiction, and pleadings may be amended to correct jurisdictional defects. 28 U.S.C. § 1653. Therefore, the filing of an amended complaint before that time, which corrects the jurisdictional defects, shall discharge this Order to Show Cause.

IT IS SO ORDERED.

DATED:  April 22, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE