UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINEBLUE INTERNATIONALE FILMPRODUKTIONSGESELLSCHAFT mbH & CO 1. BETEILGUNGS KG, a German limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LAKESHORE ENTERTAINMENT GROUP, LLC, a California Limited Liability Company,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV 09-02728 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion Granting Plaintiff's Motion for Summary Judgment, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that:

1. On its First Amended Complaint Plaintiff Cineblue Internationale Filmproduktionsgesellschaft mbH & Co 1. Beteilgungs KG shall have and receive from Defendant Lakeshore Entertainment Group, LLC the sum of $3,909,520, together with interest thereon, and its costs of suit;

2. Counterclaimant Lakeshore Entertainment Group, LLC shall have and receive nothing on its First Amended Counterclaim against Counterdefendants Cineblue Internationale Filmproduktionsgesellschaft mbH & Co 1. Beteilgungs KG and Cine Pictures Management GmbH, and the same is dismissed with prejudice; and

3. The First Amended Counterclaim against Counterdefendant Cinerenta Gesellschaft fur Internationale Filmproduktion mbH is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 18, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-2-